PETER M. HART (Bar No. 198691)
hartpeter@msn.com
TRAVIS HODGKINS (Bar No. 262063)
thodgkins.loph@gmail.com
**LAW OFFICES OF PETER M. HART**
12121 Wilshire Blvd., Suite 205
Los Angeles, CA 90025
Telephone: (310) 478-5789
Facsimile: (509) 561-6441

*Additional counsel for Plaintiff listed on next page

Attorneys for Plaintiff AARON RANGEL


ERNEST W. "WILL" KLATTE, III (Bar No. 115914)
ewklatte@kbylaw.com
SUMMER YOUNG-AGRIESTI (Bar No. 232883)
syoung@kbylaw.com
SELWYN CHU (Bar No. 285568)
schu@kbylaw.com
**KLATTE, BUDENSIEK & YOUNG-AGRIESTI, LLP**
20341 SW Birch, Suite 200
Newport Beach, CA  92660-1514
Telephone:  949.221.8700
Facsimile:   949.222.1044

*Additional counsel for Defendant listed on next page

Attorneys for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.


## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON RANGEL, as an individual and on behalf of others similarly situated,<br><br>        Plaintiff,<br><br>     v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>        Defendant. | Case No. SACV13-01718 DOC (JCGx)<br><br>**[PROPOSED] ORDER RE: STIPULATION AND STIPULATED PROTECTIVE ORDER ON CONFIDENTIALITY** [19] |

KENNETH H. YOON (Bar No. 198443)
kyoon@yoonlaw.com
STEPHANIE E. YASUDA (Bar No. 265480)
syasuda@yoonlaw.com
**LAW OFFICES OF KENNETH H. YOON**
One Wilshire Boulevard, Suite 2200
Los Angeles, California 90017-3383
Telephone: (213) 612-0988
Facsimile: (213) 947-1211

Attorneys for Plaintiff AARON RANGEL

BETSY JOHNSON (Bar No. 119847)
betsy.johnson@ogletreedeakins.com
EVAN R. MOSES (Bar No. 198099)
evan.moses@ogletreedeakins.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:   213.239.9800
Facsimile:   213.239.9045

Attorneys for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.

## ORDER

Based upon the Stipulated Protective Order On Confidentiality filed concurrently herewith by and between Plaintiff Aaron Rangel ("Plaintiff"), by and through his attorneys of record, and Defendant FedEx Ground Package System, Inc. ("Defendant"), by and through its attorneys of record, and good cause appearing therefore:

IT IS HEREBY ORDERED THAT the Stipulated Protective Order On Confidentiality filed concurrently herewith is hereby granted.


APPROVED this ___10th___ day of __February_____, 2014.


BY THE COURT,

_David O. Carter_
_____

Judge David O. Carter

United States District Judge

[PROPOSED] ORDER RE: STIPULATION AND STIPULATED PROTECTIVE ORDER ON CONFIDENTIALITY